# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | **:** | NO. 498 |
| | **:** | |
| AMENDMENT OF RULES  4001, 4002, 4004, 4007, 4008, 4012 AND 4014 OF THE PENNSYLVANIA RULES OF JUDICIAL ADMINISTRATION | **:** | JUDICIAL ADMINISTRATION |
| | **:** | |
| | **:** | DOCKET |
| | **:** | |
| | **:** | |
| | **:** | |

## ORDER

**PER CURIAM**

     **AND NOW,** this 25th day of May, 2018, it is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 4001, 4002, 4004, 4007, 4008, 4012 and 4014 of the Pennsylvania Rules of Judicial Administration are amended in the attached form.

     This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective July 1, 2018.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and in brackets.